UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 14-CV-23880-SEITZ

SCOTT DAVIDSON,

    Plaintiff,

vs

CARNIVAL CORP., d/b/a
CARNIVAL CRUISE LINES, INC.,

    Defendant.
_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendant, more appropriately referred to as Carnival Cruise Lines, by and through undersigned counsel hereby files, pursuant to Federal Rule of Civil Procedure 7.1(a), its Certificate of Interested Parties and Corporate Disclosure Statement as follows:

1. SCOTT DAVIDSON, Plaintiff.

2. CARNIVAL CORP., d/b/a CARNIVAL CRUISE LINES, INC., Defendant.

Defendant, CARNIVAL, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1 discloses that it is a publicly traded company whose common stock is listed on the New York Stock Exchange and there are no parent corporations or publicly held corporations that hold ten percent or more of its stock.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **November 3, 2014**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document

CASE NO. 14-CV-23880-SEITZ

is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        J. MICHAEL MAGEE, ESQ.
        CARNIVAL CRUISE LINES
        Attorney for Defendant
        3655 N.W. 87th Avenue
        Miami, Florida 33178
        Direct Line: (305) 406-5453
        Dedicated Judge's Phone (305) 406-5399
        (For Judges only)
        Legal Asst. Maria Rodriguez (305) 599-2600 x 18026
        Tel. No. (305) 599-2600 – ATTN: Loss Prevention Dept.
        Facsimile: (305) 406-4732


By  */s/J. Michael Magee*_____
      J. MICHAEL MAGEE, ESQ.
      FLA. BAR NO. 739642

CASE NO.  14-CV-23880-SEITZ

## SERVICE LIST

SCOTT DAVIDSON vs. CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, INC.

CASE NO.  14-CV-23880-SEITZ

PAUL M. HOFFMAN, ESQ.
HOFFMAN LAW FIRM
Attorney for Plaintiff
2881 E. Oakland Park Boulevard
Fort Lauderdale, Florida  33306
Telephone:  (954) 707-5040

J. MICHAEL MAGEE, ESQ.
CARNIVAL CRUISE LINES
Attorney for Defendant
3655 N.W. 87th Avenue
Miami, Florida  33178
Direct Line:  (305) 406-5453
Dedicated Judge's Phone (305) 406-5399
(For Judges only)
Legal Asst. Maria Rodriguez (305) 599-2600 x 18026
Tel. No. (305) 599-2600 – ATTN: Loss Prevention Dept.
Facsimile:  (305) 406-4732