```
                                UNITED STATES DISTRICT COURT
                                SOUTHERN DISTRICT OF FLORIDA

                                CASE NO.   : 14-23880-CIV-SEITZ
                                JUDGE      : PATRICIA A. SEITZ
                                TRIAL DATE:
SCOTT DAVIDSON

    Plaintiff(s),               MEDIATORS REPORT
vs.

CARNIVAL CORP D/B/A CARNIVAL CRUISE
 LINES
    Defendant(s).
```

********************************

COMES NOW Orestes "Rusty" Perez, Esq., the undersigned certified Mediator from FLORIDA MEDIATION GROUP and reports to this Honorable Court:

The Mediation was held on: 01-15-2015 13:30.

**X**       AN AGREEMENT WAS REACHED.

\_\_\_\_       Mediation Agreement attached, with the parties consent.

\_\_\_\_       No Agreement was reached; Impasse.

\_\_\_\_       The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before \_\_\_\_\_/\_\_\_\_\_/\_\_\_\_\_/ this matter shall be considered at an Impasse.

\_\_\_\_       A Pre/Post-Mediation Settlement was reached, as per information received on \_\_\_/\_\_\_/\_\_\_, from _____.

\_\_\_\_       Other:_____

_____

s/Allene D. Nicholson
Florida Bar Number 201553
Email Barbara@FloridaMediation.com
FLORIDA MEDIATION GROUP - FMG# 0-97759
44 W. Flagler St., Suite 1900
Miami, FL. 33130
305.579.9990

Copies on January 16, 2015 to:
Clerk of Court
Counsel of record
medrept.cm